PER CURIAM.
Affirmed. Yarbrough v. Ball U-Drive System, Inc., Fla.1950, 48 So.2d 82; Mr. Land, Inc., v. Rabinowitz, Fla.App.1961, 134 So.2d 859; National Airlines, Incorporated v. Fleming, Fla.App.1962, 141 So.2d 343; Seaboard Air Line Railroad Company v. Ellis, Fla.App.1962, 143 So.2d 550; Eagle Stevedores, Inc. v. Thomas, Fla.App.1962, 145 So.2d 551; Stager v. Florida East Coast Railway Company, Fla.App. 1964, 163 So.2d 15; Atlas v. Siso, Fla.App. 1966, 188 So.2d 344; Young v. Metropolitan Dade County, Fla.App. 1967, 201 So.2d 594; Curtiss-Wright Corporation v. King, Fla.App. 1968, 207 So.2d 294; Conlee Construction Company v. Cay Construction Co., Fla.App. 1969, 221 So.2d 792; Farmer v. Brotherhood of Railroad Trainmen, Fla.App.1972, 258 So.2d 503; § 59.041, Fla.Stat.; 33 Fla. Jur., Trial, § 220.